

**U.S. Equal Employment Opportunity Commission**
**Memphis District Office**

1407 Union Avenue
Suite 900
Memphis, TN 38104
(901) 544-0119
TDD: 1-800-669-6820
Fax: (901) 544-0111
1-800-669-4000

Respondent: GRANGES
EEOC Charge No.: 490-2021-01427
FEPA Charge No.:

December 1, 2021

Mr. Prentice D. Staten
519 Kandala Cove
Lexington, TN 38351

Dear Mr. Staten:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

| | |
|---|---|
| [X] | Title VII of the Civil Rights Act of 1964 (Title VII) |
| [X] | The Age Discrimination in Employment Act (ADEA) |
| [ ] | The Americans with Disabilities Act (ADA) |
| [ ] | The Equal Pay Act (EPA) |
| [X] | The Genetic Information Nondiscrimination Act (GINA) |

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

The quickest and most convenient way to obtain the contact information and the status of your charge is to use EEOC's Online Charge Status System, which is available 24/7. You can access the system via this link (https://publicportal.eeoc.gov/portal) or by selecting the "My Charge Status" button on EEOC's Homepage (www.eeoc.gov). To sign in, enter your EEOC charge number, your zip code and the security response. An informational brochure is enclosed that provides more information about this system and its features.

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

*H. Allen Hammond*

Gilbert Hammond
Intake Supervisor
(901) 685-4596

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s):

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Memphis District Office
1407 Union Avenue ,9th Floor
Memphis ,Tennessee ,38104
(901) 544-0119
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS ENCLOSED

Mr. Prentice D Staten
519 Kandala Cove
Lexington, TN 38351

    Re: Prentice D Staten vs Granges
    EEOC Charge No.: 490-2021-01427

The United States Equal Employment Opportunity Commission (EEOC) issued the enclosed Dismissal and Notice of Rights (Notice) in the above-referenced charge on the date reflected thereon. Specifically, on that date, EEOC sent you an email notification that EEOC had made a decision regarding the above-referenced charge and advised you to download a copy of the decision document from the Portal. Our records indicate you have not downloaded the Notice from the Portal. For your convenience, a copy of the Notice is enclosed with this letter.

Please note that if the Charging Party wants to pursue this matter further in court, Charging Party must file a lawsuit within 90 days of the date they receive the Notice. The 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

I hope this information is helpful. If you have questions, please contact Mr. Vurtis McDowell by telephone at (901)685-4645 or email at Vurtis.McDowell@EEOC.GOV.

    Sincerely,
    Vurtis McDowell *for*
    *G. Allen Hammond, Intake Supv.*

08/16/2022

Enclosure

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 490-2021-01427 |

**Tennessee Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Prentice D. Staten | 731-217-4519 | 1970 |

Street Address: 519 Kandala cove, Lexington, TN 38351

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GRANGES | 201 - 500 | (731) 986-~~1202~~ -2719 -2725 |

Street Address: 400 BillBrooks DR, Huntingdon, TN 38344

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☒ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-06-2021   Latest: 08-06-2021
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above named employer as a Cast Technician on August 22, 2005.

On May 6, 2021, I became aware that a younger White Male, Trevor Fenty, was promoted to the Lead position despite me having seniority. After filing a complaint with Chris Mlen, Supervisor, I was told that I was not offered the job as I had turned the job down before, which I deny. I was also told that they were looking for someone who wanted to move up the company ranks, which I am.

I am also aware that the genetic information of my brother's disability was used against me.

I believe I have been discriminated against due to my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against due to my age (51) in violation of the Age in Employment Discrimination Act of 1967, as amended. I believe I have been discriminated against due to my genetic information in violation of the Genetic Information Nondiscrimination Act of 2008, as amended.  *Chris Mann*

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-20-21    *Prentice D. Staten*
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)