**Judge
J. Daniel Breen**
+ Judge York

**Case #:** 1:22cv1243

Staten v. Granges
America's Inc.